# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| AMY MURPHY, on behalf of herself and all others similarly situated, | : : : | |
| | : | Case No. 3:23-cv-00069 |
| *Plaintiff*, | : : | |
| v. | : : | Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| KETTERING ADVENTIST HEALTHCARE, et al., | : : : | |
| *Defendants*. | | |

## ORDER

This matter is before the Court upon the Motion of Defendants Kettering Adventist Healthcare and Dayton Osteopathic Hospital, Inc. for an Extension of Time to Respond to Plaintiff's First Amended Collective and Class Action Complaint. Upon consideration and for good cause shown, the Court hereby **GRANTS** Defendants' motion. Defendants shall respond to the First Amended Collective and Class Action Complaint on or before June 16, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE

FIRM:58852446v1