# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AMY MURPHY, | : | Case No. 3:23-cv-69 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| KETTERING ADVENTIST HEALTHCARE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon the parties' Joint Status Report (Doc. #73). The parties indicate that they have scheduled mediation for October 9, 2024, and ask that the Court continue the stay previously entered in this case to allow the parties to mediate the case. (Doc. #73). The parties' request to continue the stay (Doc. #73) is hereby **GRANTED**. The parties shall file a joint report on the status of the mediation and the continued propriety of the stay by **October 14, 2024**.

The parties are **ADVISED** that that it is the Court's intention to manage the case so that it is completed (as a result of dispositive motion(s) and/or trial) by the end of March 2026.

**IT IS SO ORDERED.**

September 10, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge